UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE: JANET KAZY-GAREY                           CHAPTER 13

                                                  CASE NO. 17-80650

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: US BANK & TRUST NA AS TRUSTEE OF TIKI SEREIS IV TR % SN SERVICING CORP**                **COURT CLAIM #:5**

**Last four digits** of any number used to identify the debtor's account: 8187

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $16,535.20 |
| Amount Paid by Trustee | $16,535.20 |

| *Monthly ongoing Mortgage Payment* | | | |
|---|---|---|---|
| Mortgage is paid: | | | |
| ☐ | Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   12/17/21

                                        _____
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of December.

Dated:   12/17/21                          /s/ Jill Scott

US BANK & TRUST NA AS TRUSTEE OF TIKI SERIES IV TR
% SN SERVICING CORP
323 5TH STREET
EUREKA, CA 95501

DLJ MORTGAGE CAPITAL
11 MADISON AVE
NEW YORK, NY 10010

PETER BASTIANEN
CODILIS & ASSOCIATES, P.C.
15W030 NORTH FRONTAGE ROAD STE. 100
BURR RIDGE, IL 60527

KATHY WATSON
C/O SN SERVICING CORPORATION
323 5TH STREET
EUREKA, CA 95501

ERIC PRATT LAW FIRM P.C.
5411 E. STATE STREET SUITE 202
ROCKFORD, IL 61108

JANET KAZY-GAREY
7 N. JEFFERSON ST.
HARVARD, IL 60033